## Security Discount Corporation, Appellee, v. Grace Jackson, Appellant.

### Gen. No. 42,498.

opinion filed November 4, 1943. Charles J. Russell, for appellant; David H. Caplow, for appellee; Julius Copeland, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.